UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KHALID K. KHAN )<br>         Plaintiff, )<br>v. )<br> )<br>DEPARTMENT OF TREASURY INTERNAL )<br>REVENUE SERVICES )<br>         Defendant. ) | **JUDGMENT**<br>No. 5:24-CV-398-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for on its own initiative upon plaintiff's failure to comply with court order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 30, 2025, that this case is dismissed WITHOUT PREJUDICE for failure to effect service.

**This Judgment Filed and Entered on January 30, 2025, and Copies To:**
Khalid K. Khan (via US mail) 1345 Lowenstein Street, Wake Forest, NC 27587

January 30, 2025         PETER A. MOORE, JR. CLERK

                                  /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk